IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   15-cv-62169-BB

**JACQUELINE STEWART DILLON,**
    Plaintiff,

vs.

**CALVINELLE SOUTH ASSISTED LIVING FACILITY, INC., a Florida Corporation, and CALVIN C. BROWN, an individual**

    Defendant.
_____/

## ANSWER OF CALVIN BROWN

COMES NOW, the defendant, Calvin Brown. (Brown) by and through undersigned counsel and files this Answer to the Complaint filed against him in the above styled cause and would state as follows:

1. Brown is without knowledge as to the allegations of paragraphs 1, 5 and 17 and demands strict proof of the allegations contained therein.

2, Brown is without knowledge as to the allegations of paragraphs 15 to the extent it asserts actions taken by the Plaintiff.   The remaining assertions of the paragraph are specifically denied.

3. As to the allegations of paragraph 2 are admitted to the extent they assert that the Plaintiff worked for Calvinelle South Assisted Living Facility, Inc. (Calvinelle).   The remaining allegations are specifically denied.

4. The allegations of Paragraph 12 are admitted.

5. The remaining allegations of the Complaint are specifically denied.

## AFFIRMATIVE DEFENSES

As and For a FIRST AFFIMATIVE DEFENSE BROWN would state that the Plaintiff

was overpaid for the work that she performed and further paid for work she did not perform on behalf of Brown and is entitled to no further compensation.

As and for a SECOND AFFIRMATIVE DEFENSE, Brown would state that the Plaintiff was allowed to reside on the property of Calvinelle free of charge as additional compensation for any work performed and as such was overpaid for the labor she performed on behalf of Calvinelle.

As and for a THIRD AFFIRMATIVE DEFENSE, Brown would state that the Plaintiff is not entitled to the benefits provided under the Fair Labor Standards Act.

As and for a FOURTH AFFIRMATIVE DEFENSE Brown would state that the Plaintiff has an ownership interest in the corporation Calvinelle and as such is not entitled to any claim under the Fair Labor Standards Act.

## CERTIFICATE OF SERVICE

I HEREBY Certify that a true and correct copy of the foregoing was served electronically on counsel for the plaintiff, Matthew Thibaut, 515 N. Flagler Drive, 20th Floor, West Palm Beach, FL33401 and mthibaut@ciklinlubitz.com.


_/s/Marc Anthony Douthit___
Marc Anthony Douthit, Esq.
Douthit Law, LLC
6625 Miami Lakes Drive
3rd Floor
Miami Lakes, FL 33014
(786) 594-3977