UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-Civ-62169-BLOOM/Valle

JACQUELINE DILLION,

    Plaintiff,

v.

CALVINELLE SOUTH ASSISTED
LIVING FACILITY INC., a Florida corporation
and CALVIN C. BROWN, individually

    Defendants.
_____/

## FLSA STATEMENT OF CLAIM

Plaintiff, JACQUELINE DILLION ("Plaintiff"), pursuant to this Court's Notice of Court Practice in FLSA Cases entered December 18, 2015 (DE-10), hereby files her Statement of FLSA Claim.

1. Plaintiff alleges an unpaid overtime claim under the Federal Fair Labor Standards Act. The total amount of unpaid overtime wages owed Plaintiff by Defendants, CALVINELLE SOUTH ASSISTED LIVING FACILITY INC., a Florida corporation and CALVIN C. BROWN (collectively "Defendants"), is currently estimated at approximately $17,718.75[1]. However, Defendants are in possession of the relevant records and this is merely a preliminary calculation without the benefit of discovery, and therefore it is subject to change.

2. Defendants employed Plaintiff to work from approximately July 2014 through August 2015.

3. Plaintiff's regular rate of pay was approximately $8.75 per hour and her overtime rate of pay was $13.125 per hour.

4. Plaintiff worked twenty five (25) hours each workweek in which she was entitled

---

[1] Liquidated damages are $35,437.50.

to premium overtime compensation, but did not receive the premium.  Plaintiff is owed $328.13 per workweek.

5.   Plaintiff worked approximately 54 workweeks during the relevant dates of this lawsuit.  Plaintiff is owed an approximate total of $17,718.75 for 1,350 hours of unpaid overtime compensation.

6.   This amount does not include liquidated damages, reasonable attorneys' fees or costs and is an estimate of the overtime wages due the Plaintiff.  Plaintiff reserves all rights to amend, revise and/or supplement this Statement of Claim upon the completion of discovery.

Dated: January 7, 2016

Respectfully submitted,

//S//   Matthew N. Thibaut
Matthew N. Thibaut (Florida Bar No. 00514918)
Mthibaut@ciklinlubitz.com
**CIKLIN LUBITZ & O'CONNELL**
515 North Flagler Drive, 20th Floor
West Palm Beach, FL  33401
Telephone: (561) 832-5900
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/   Matthew N. Thibaut
Matthew N. Thibaut, Esq.

**SERVICE LIST**
Dillion v. Calvinelle South Assisted Living Facility, Inc. et al.
Case No. 15-Civ-62169-BLOOM
United States District Court
Southern District of Florida

Marc Anthony Douthit Esq.
Douthit Law LLC
6625 Miami Lakes Drive, East
3rd Floor
Miami Lakes, Florida   33014
madouthit@douthitlaw.com
Telephone: 786-594-3977
*Attorney for Defendants*