IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   15-cv-62169-BB

**JACQUELINE STEWART DILLON,**
 Plaintiff,

vs.

**CALVINELLE SOUTH ASSISTED LIVING FACILITY, INC., a Florida Corporation, and CALVIN C. BROWN, an individual**

 Defendant.
_____/

## RESPONSE TO STATEMENT OF CLAIM

 COME NOW, the defendants, Calvinelle South Assisted Living Facility, Inc. (Calvinelle) and Calvin Brown (Calvin) (collectively "defendants"), individually, by and through undersigned counsel and files this Response to the Plaintiff's Statement of Claim and would state as follows:

1. The Defendants assert the following in defense of the Plaintiff's claims which they believe would bar any recovery by the Plaintiffs.

a. Any amounts due to the Plaintiff have been set off by the free living arrangements offered to the Plaintiff while she was working at the facility.   The value of the room occupied by the Plaintiff, far exceeded the claims raised by the Plaintiff.

b. The Plaintiff is not eligible to recover from either defendant in that the Plaintiff has an ownership interest in the Corporate defendant and as such is seeking compensation from herself.

c. The Plaintiff did not actually perform the hours she claims and has not reached the threshold number of hours to claim entitlement for overtime pay.

2. The Statement of Claim filed by the Plaintiff lacks the necessary specificity to determine whether the Plaintiff is seeking compensation for every week of 54 week period she references in the Statement of Claim.

3. Because the Statement of Claim lacks the specificity needed to determine which workweeks are in question, the Defendants are unable to respond to the claims for the amounts owed.

4. Discovery is outstanding and upon completion, these issues should be clarified.

Dated January 27, 2016.

__/s/Marc Anthony Douthit, Esq.___

## CERTIFICATE OF SERVICE

I HEREBY Certify that a true and correct copy of the foregoing was served electronically on counsel for the plaintiff, Matthew Thibaut, 515 N. Flagler Drive, 20th Floor, West Palm Beach, FL33401 and mthibaut@ciklinlubitz.com.

__/s/Marc Anthony Douthit__
Marc Anthony Douthit, Esq.
Douthit Law, LLC
6625 Miami Lakes Drive
3rd Floor
Miami Lakes, FL 33014
(786) 594-3977
FBN:909165
madouthit@douthitlaw.com