UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-62169-BB

JACQUELINE STEWART DILLON,

    Plaintiff,

v.

CALVINELLE SOUTH ASSISTED LIVING
FACILITY, INC. a Florida corporation, and
CALVIN C. BROWN, an individual

    Defendants.
_____/

## PLAINTIFF'S RULE 26(a) DISCLOSURES

Plaintiff, JACQUELINE STEWART DILLON, by and through her undersigned counsel, hereby serves her initial disclosures as required by Rule 26(a) of the Federal Rules of Civil Procedure.

1.    Rule 26(a)(1)(i): Plaintiff, Jacqueline Stewart Dillon c/o Matthew N. Thibaut, Esq., Ciklin, Lubitz, & O'Connell, 515 North Flagler Drive, 20th Floor, West Palm Beach, FL 33401. Other similarly situated current or former representatives or other employees of Defendants. All current or former employees of the Defendants during any time period under Defendant Calvin C. Brown. All names and addresses of current or former employees of Plaintiff are known to Defendants, including but not limited to:

    a)    Calvin C. Brown
            c/o Marc A. Douthit, Esq.
            6625 Miami Lakes Drive, 3rd Floor
            Miami Lakes, Florida 33014

    b)    Carol Rowe
            (561) 401-3778
            [Last known address to be known to by Defendants]

      c)      Ann Marie Roundtree
             (786) 237-8341
             [Last known address to be known to by Defendants]

The witness listed above may have some knowledge of some of the facts and events referenced in Plaintiff's complaint.

Plaintiff reserves the right to amend or supplement this list of witnesses at any time prior to trial upon discovery of additional witnesses.

      2.      Rule 26(a)(1)(ii): Plaintiff discloses that all category of documents, electronically stored information, and tangible things in Plaintiff's immediate possession, custody, or control will be produced to and/or made available for copying for Defendants in the ordinary course of discovery including, but not limited to, payroll records, time sheets, and correspondence.

      3.      Rule 26(a)(1)(iii): As Defendants are believed to be in possession of most (if not all) of the relevant documents and records needed for Plaintiff to compute estimated damages, it is Plaintiff's good faith preliminary estimate at this time, without the benefit of all records, that Plaintiff is entitled to compensation identified in Plaintiff's FLSA Statement of Claim filed electronically on January 7, 2016 (see DE#12). Pursuant to the FLSA, Plaintiff is also entitled to attorney's fees and all costs. Within a reasonable time after Defendants produce documents to Plaintiff in discovery, Plaintiff will serve notice to Defendants of a more specific good faith estimate of each Plaintiff's damages under separate cover.

      4.      Rule 26 (a)(1)(iv): None.

      5.      Rule 26 (a)(2). At this time, Plaintiff does not intend to call expert witnesses in this matter. However, Plaintiff reserves the right to call an expert witness or witnesses should discovery or further case processing do dictate. Plaintiff also reserves the right to call an expert witness or witnesses to rebut any testimony offered by Defendants' named expert(s) in this matter.

Dated: February 11, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　//S//　　Matthew N. Thibaut
　　　　　　　　　　　　　　　　　　Matthew N. Thibaut (Florida Bar No. 00514918)
　　　　　　　　　　　　　　　　　　Mthibaut@ciklinlubitz.com
　　　　　　　　　　　　　　　　　　**CIKLIN LUBITZ & O'CONNELL**
　　　　　　　　　　　　　　　　　　515 North Flagler Drive, 20th Floor
　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　　　　　　　　Telephone: (561) 832-5900
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　　　　　　　　　　　　　　　　　　/s/　　Matthew N. Thibaut
　　　　　　　　　　　　　　　　　　　　Matthew N. Thibaut, Esq.

## SERVICE LIST
Dillion v. Calvinelle South Assisted Living Facility, Inc. et al.
Case No. 15-Civ-62169-BLOOM
United States District Court
Southern District of Florida

Marc Anthony Douthit Esq.
Douthit Law LLC
6625 Miami Lakes Drive, East
3rd Floor
Miami Lakes, Florida　33014
madouthit@douthitlaw.com
Telephone: 786-594-3977
*Attorney for Defendants*