UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-62169-BLOOM/Valle

**JACQUELINE DILLION**,

    Plaintiff,
v.

**CALVINELLE SOUTH ASSISTED LIVING FACILITY INC.**, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.  On January 11, 2016, the Court entered an order instructing the parties to select a mediator and schedule a time, date, and place for mediation no later than February 1, 2016.  ECF No. [14] ("Scheduling Order").  On February 1, Plaintiff filed a Notice of selection of mediator that failed to schedule a time, date, and place for mediation.  ECF No. [17].  Accordingly, the Court issued another order requiring the parties to comply with the Scheduling Order no later than February 8, 2016.  ECF No. [18] ("Show Cause Order").  The Show Cause Order warned that parties that "[f]ailure to comply with result in dismissal without prejudice and without further notice.  The parties are further cautioned to heed the Court's instructions in the interests of efficiency and judicial economy."  *Id.*  Nevertheless, when the parties *again* did not comply, the Court entered *another* order providing the parties with a "third and final opportunity to comply" by February 11, 2016.  ECF No. [19].  To date, the parties have not complied nor have they requested additional time in which to do so.  The Plaintiff's attempt to amend her Complaint does not obviate the parties' obligations under *three* court orders.  Accordingly, it is hereby **ORDERED AND ADJUDGED**

Case No. 15-cv-62169-BLOOM/Valle

that the parties shall comply with this Court's scheduling order no later than **February 18, 2016** or this case shall be dismissed.

**DONE AND ORDERED** in Miami, Florida, this 16th day of February, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record