UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-62169-VALLE

<u>CONSENT CASE</u>

JACQUELINE DILLION,

    Plaintiff,

v.

CALVINELLE SOUTH ASSISTED
LIVING FACILITY INC., *et al.*,

    Defendants.
_____/

**ORDER DIRECTING PARTIES TO FILE JOINT MOTION TO
DISMISS CASE AND SUBMIT SETTLEMENT AGREEMENT TO COURT**

THIS CAUSE comes before the Court sua sponte. Pursuant to the consent of the parties, this case is before the undersigned for all further proceedings, including trial and entry of final judgment. *See* (ECF No. 72).

This is a Fair Labor Standards Act ("FLSA") case involving claims for alleged violations of the overtime provisions of the FLSA. *See* 29 U.S.C. § 201 *et seq.* On June 9, 2016, the parties attended a settlement conference before the undersigned. Present at the conference were Plaintiff, Defendants, and their respective counsel. A settlement was reached among the parties and the material settlement terms were stated on the record.

Nonetheless, the parties wished to exchange a written Settlement Agreement. Prior to this action being dismissed, the Court must review the written Settlement Agreement. In reviewing a settlement of an FLSA private claim, a court must scrutinize the settlement for fairness, and determine that the settlement is a "fair and reasonable resolution of a bona fide

dispute over FLSA provisions." *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that by no later than **June 27, 2016**, the parties shall file a Joint Motion to Approve the Settlement and Dismiss the Action. In connection with that motion, the parties may file with the Court or email a copy of the Settlement Agreement to valle@flsd.uscourts.gov. The Settlement Agreement must specify the portion of the settlement amount designated for wages, liquidated damages, and attorney's fees and costs.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida on June 15, 2016.

*Alicia O. Valle*
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record